# Peter Wadleigh *versus* William Glines, and Polly, his wife.

Where a married woman joined with her husband in the conveyance of land, of which they were seized in her right, and also joined in a covenant of warranty, it was held that she was not bound by the covenant of warranty.

Covenant broken. The plaintiff alleged, in his declaration, that Glines, and his said wife, by deed, dated April 1st, 1825, conveyed to the plaintiff a tract of land in Northfield, of which the defendants claimed to be seized in right of the said Polly; that the said William and Polly, by the said deed, covenanted with the plaintiff, that they were lawful owners of the premises, that they were seized and possessed, that they had full power and lawful authority to convey, and that they would warrant the land to the plaintiff against the lawful claims of all persons. The plaintiff then assigned a breach of each of the said covenants, in due form.

To this declaration the defendants demurred, and the plaintiff joined in demurrer.

Wadleigh
v.
Glines et ux.

*Nesmith,* for the plaintiff.

*Sullivan,* for the defendants.

*By the court.* It is well settled, that upon a mere personal contract, made by a wife, during the coverture, she can in no case be sued. 16 Johns. 281, *Edwards* v. *Davis ;* 17 ditto, 167, *Jackson* v. *Vanderheyden ;* 15 ditto, 483, *Whilbeck* v. *Cook ;* 1 Binney, 575 ; 1 Chitty's Pl. 43.

But, at common law, covenant on a warranty in a fine, or on a covenant, running with the land of the wife, demised by her during the coverture, might be supported against her. 1 Chitty's Pl. 43 ; 3 Saunders, 177, *Walton* v. *Hele ;* ibid, 180, note 9.

In this state a married woman may, by joining with her husband in a deed, convey her lands ; and her deed, thus made, will estop her and her heirs from setting up, against the grantee, any title she may have had when the deed was made.

But she has never been considered as bound by any covenant of warranty in the deed. 7 Mass. Rep. 291, *Colcord* v. *Swan & ux.*

Nor is she estopped, by such a covenant, from setting up a subsequently acquired title. 17 Johns. 167.

*Declaration adjudged insufficient.*